IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------ X
ATL INTERNATIONAL, INC.,            :
                                    :
         Plaintiff                  :
    v.                              : Civil Action No. WMN 00 CV 3398
                                    :
MANUEL B. DeSOUSA AND               :
JODI G. DeSOUSA,                    :
         Defendants                 :
                                    :
------------------------------------ X

**CONSENT ORDER**

FILED
LODGED

JAN 1 1 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

WHEREAS, the parties, having conferred regarding the Plaintiff ATL International, Inc.'s Petition to Compel Arbitration Pending before the United States District Court for the District of Maryland ("Plaintiff's Petition"), hereby stipulate to the entry of this CONSENT ORDER.

NOW THEREFORE, it is ORDERED:

1. Plaintiff and Defendants shall engage in negotiation and, if their dispute is not resolved thereby, they shall engage in mediation (as set forth in paragraphs 23A(1)(c) and 23A(2)(a), respectively, of the Franchise Agreement between the parties); provided that such negotiation meeting and any subsequent mediation conference shall be held in metropolitan Chicago, Illinois.

2. Based on Plaintiff's assessment of the progress of the negotiations and/or mediation described above, Plaintiff in its sole discretion may at any time on or after the date of

this CONSENT ORDER send written notice to Defendants notifying them that they must file a response to Plaintiff's Petition within thirty (30) days from the date of the notice.

3.  This CONSENT ORDER does not modify the contractually designated site for arbitration in the parties' Franchise Agreement, nor does it adjudicate Plaintiff's Petition. Defendants' participation in the negotiation and/or mediation proceedings described above shall not constitute a waiver of any claim they may have that the arbitration clause in the Franchise Agreement should not be enforced.

4.  Without limiting the Franchise Agreement's express provisions relating to costs and expenses (which provisions shall continue to govern), each party shall bear its own attorneys' fees, initial filing fees, court and/or arbitration filing fees and other costs associated with this suit to date and with any arbitration demands filed or incurred to date, but this CONSENT ORDER shall not govern any fees and costs incurred by the parties in any forum after entry of this CONSENT ORDER.

Consented to:

_____
Grover C. Outland III
Attorney for Plaintiff

_____
W. B. Latta, Jr.
Attorney for Defendants

IT IS SO ORDERED:

DATED this  12th  day of January, 2001.

_____
United States District Court Judge.

2